PERKINSCOIE

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

October 24, 2023

Emily B. Cooper
ECooper@perkinscoie.com
D. +1.212.261.6816
F. +1.212.977.1649

Hon. Vernon S. Broderick
U.S. District Court Judge
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Zumedia Inc. v. IMDB.COM, Inc.* – Case No. 23-cv-08472

Dear Judge Broderick:

We represent Defendant IMDb.com, Inc. ("IMDb") in the above-captioned matter. We write pursuant to Local Rule 7.1(d) and Your Honor's Individual Rule 1.G. to respectfully request an extension of time for IMDb to answer or otherwise respond to Plaintiff's Complaint.

The current deadline to answer or otherwise respond to the Complaint is November 6, 2023. IMDB requests a 30-day extension to answer or otherwise respond to the Complaint, to December 6, 2023. This is IMDb's first request for an extension of time. IMDb has conferred with counsel for Plaintiff, and counsel for Plaintiff consents to this request for an extension. My firm was recently engaged as IMDb's counsel, and requests this additional time to further investigate the allegations in the Complaint and to adequately respond to the Complaint.

We thank the Court for all courtesies shown in this matter.

Respectfully submitted,

*/s/ Emily B. Cooper*
Emily B. Cooper

cc: All Counsel of Record (via ECF)

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.    10/31/23

Perkins Coie LLP