UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| zuMedia Inc., <br><br> Plaintiff, <br><br> -against- <br><br> IMDb.com, Inc., <br><br> Defendant. | Case No. 1:23-CV-08472-VSB <br><br> **<u>NOTICE OF DEFENDANT'S PARTIAL MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM</u>** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all pleadings herein, defendant IMDb.com, Inc. hereby moves this Court before the Honorable Vernon S. Broderick at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for entry of an order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the second and third causes of action in the Complaint with prejudice for failing to state a claim upon which relief can be granted, and for such and other, further or different relief as the Court may deem just and proper.

Dated: February 2, 2024
       New York, New York

Respectfully submitted,

PERKINS COIE LLP

By: /s/ Thomas L. Holt
    Thomas L. Holt, No. 5580816
    PERKINS COIE LLP
    110 North Wacker Drive, 34th Floor
    Chicago, IL 60606
    +1 (312) 324-8400
    THolt@perkinscoie.com

    Emily B. Cooper, No. 5415302
    PERKINS COIE LLP
    1155 Avenue of the Americas, 22nd Floor
    New York, NY 10036-2711
    +1 (212) 262-6900
    ECooper@perkinscoie.com

    John H. Gray (*pro hac vice* application forthcoming)
    PERKINS COIE LLP
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788
    +1 (602) 351-8000
    JHGray@perkinscoie.com

    Caleb Bacos Gray (*pro hac vice* application forthcoming)
    PERKINS COIE LLP
    1201 3rd Ave #4900, Seattle, WA 98101
    +1 (206) 359-8000
    CBacos@perkinscoie.com

    *Attorneys for Defendant,*
    *IMDb.com, Inc.*