UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                 :
ZUMEDIA INC.,                              :
                                               :
                       Plaintiff,     :
                                               :          23-CV-8472 (VSB)
                -against-                :
                                               :               **ORDER**
IMDB.COM, Inc.,                         :
                                               :
                       Defendant.  :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       I am in receipt of the parties' joint letter, (Doc. 28), and proposed case management plan and scheduling order, (Doc. 29.)  In their joint letter, the parties indicate that they have agreed to stipulate to the stay of discovery pending my resolution of Defendant's partial motion to dismiss. Accordingly, it is hereby:

       ORDERED that the parties shall file a letter motion on or before February 27, 2024 setting forth the reasons why a stay of discovery is warranted.

SO ORDERED.

Dated:  February 20, 2024
           New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge