UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA INC.,

                     Plaintiff,

-v-                                     CIVIL ACTION NO.: 23 Civ. 8472 (VSB)(SLC)

**ORDER**

IMDB.COM, INC.,

                     Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred, pursuant to 28 U.S.C. § 636(b)(1)(A), to Magistrate Judge Sarah L. Cave for general pretrial management, including scheduling discovery, non-dispositive pretrial motions, and settlement. (ECF No. 43). All pretrial motions and applications, including those relating to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Magistrate Judge Cave and must comply with her Individual Practices, available on the Court's website at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Although the parties previously filed a Proposed Case Management Plan (ECF No. 29), it is ORDERED that on or before **December 18, 2024**, the parties shall jointly file an amended Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party, setting forth precise dates for their proposed case schedule. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties disagree about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Dated: New York, New York
December 4, 2024

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2