UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA INC.,

                Plaintiff,

-v-

IMDB.COM, INC.,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 8472 (VSB)(SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, Tuesday, January 7, 2025, it is ORDERED as follows:

1. Plaintiff's partial motion to dismiss (ECF No. 41) is **DENIED as moot** in light of Defendant's Amended Answer with Counterclaims (ECF No. 49).

2. A telephone status conference is scheduled for **Thursday, April 3, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; phone conference ID: 790 951 25#, at the scheduled time.

The Clerk of Court is respectfully directed to close ECF No. 41.

Dated:     New York, New York
           January 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**