

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Nels T. Lippert, Partner
212.216.1157 Direct Dial
nlippert@tarterkrinsky.com

> The parties' request at ECF No. 66 is **GRANTED.** The settlement conference set for June 26, 2025 (ECF No. 65) is **CANCELLED.** On or before **July 11, 2025**, the parties shall file a joint letter setting forth the status of their settlement negotiations.
>
> The Clerk of Court is respectfully directed to close ECF No. 66.
>
> SO ORDERED.   June 25, 2025
>
> *SARAH L. CAVE*
> *United States Magistrate Judge*

June 25, 2025

<u>VIA ECF</u>

The Honorable Sarah L. Cave
United States Magistrate Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 18A
500 Pearl Street
New York, NY 10007-1312

Re:   <u>*zuMedia Inc. v. IMDb.com, Inc.*, Case No. 1:23-cv-08472-VSB-SLC
Joint Letter Requesting Cancellation of Settlement Conference</u>

Dear Magistrate Judge Cave:

Plaintiff zuMedia Inc. ("zuMedia") together with Defendant IMDb.com, Inc. ("IMDb") (collectively, the "Parties") submit this joint letter in compliance with the Court's May 29, 2025 Settlement Conference Scheduling Order (ECF 65) and Standing order Applicable to Settlement Conferences.

After exchanging settlement demands in anticipation of the June 26, 2025 conference, and as a result of continued negotiations, the Parties are nearing a settlement in principle and anticipate that they can resolve the remaining issues without the Court's assistance. To that end, the Parties no longer believe that the scheduled settlement conference would be an effective use of the Court's or the Parties' resources. The Parties therefore request that the June 26, 2025 conference be cancelled. When the settlement has been appropriately documented, the Parties will further notify the Court.

Respectfully submitted,

*/s/Nels T. Lippert*

Nels T. Lippert

***Counsel for Plaintiff ZuMedia Inc.***

cc:   All Counsel of Record (via ECF)