UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA INC.,

                             Plaintiff,

          -v-                                          CIVIL ACTION NO. 23 Civ. 8472 (VSB) (SLC)

                                                                    **ORDER**

IMDB.COM, INC.,

                             Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

        Pursuant to the Telephone Conference held on October 3, 2025, a Telephone Conference

(the "Conference") to discuss the status of discovery and the parties' settlement discussions is

scheduled for **October 23, 2025, at 12:00 p.m. ET** on the Court's conference line.  The parties are

directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.  In advance

of the Conference, the parties are directed to meet and confer regarding settlement and their

discovery responses and objections.


Dated:        New York, New York
              October 3, 2025                    SO ORDERED.


                                                 _____
                                                 **SARAH L. CAVE**
                                                 **United States Magistrate Judge**