UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA INC.,

                Plaintiff,

-v-

IMDB.COM, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 8472 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on October 23, 2025, the Court **ADOPTS** the following discovery schedule:

1) Fact discovery must be completed by **February 27, 2026**. No later than one week after the close of fact discovery, that is, by **March 6, 2026**, the parties must file a joint letter on the docket certifying that fact is discovery is complete.

2) The following interim deadlines may be extended by the parties on written consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth above.

    a. Depositions: Depositions shall be completed by **February 27, 2026** and limited to no more than 4 depositions per party. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    b. Interrogatories: Interrogatories shall be served no later than **January 28, 2026**.

    c. <u>Requests for Admission</u>: Requests for admission shall be served no later than **January 28, 2026**. Each side shall be limited to no more than 25 requests for admission, excluding requests targeted solely to the authenticity or admissibility of evidence.

    d. <u>Requests for Production</u>: The parties shall comply with the Electronically Stored Information Plan and Order. (Dkt. No. 59). Requests for production shall be served no later than **January 28, 2026**. Each side shall be limited to no more than 25 requests for production.

    e. <u>Supplementation</u>: Supplementations under Rule 26(e) must be made within a reasonable period of time after discovery of such information, and in any event, no later than the fact discovery deadline.

3) Expert discovery shall be completed by **April 17, 2026**. No later than one week after the close of expert discovery, that is, by **April 24, 2026**, the parties must file a joint letter on the docket certifying that all discovery is complete. This letter should also state which dispositive motions, if any, each party intends to file.

Dated:  New York, New York
       October 23, 2025         SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**