UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA INC.,

                Plaintiff,

-v-

IMDB.COM, INC.,

                Defendant.

CIVIL ACTION NO. 23 Civ. 8472 (VSB) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on November 18, 2025, another Telephone Conference to discuss the status of the parties' settlement discussions is scheduled for **November 24, 2025, at 12:00 p.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:     New York, New York
            November 18, 2025                 SO ORDERED.

                                                        _____
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**