UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA INC.,

                Plaintiff,

-v-

               CIVIL ACTION NO. 23 Civ. 8472 (VSB) (SLC)

IMDB.COM, INC.,

                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on November 24, 2025, another Telephone Conference to discuss the status of discovery is scheduled for **January 8, 2026, at 11:00 a.m. ET** on the Court's conference line. The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time. On or before **January 5, 2026**, the parties shall file a joint letter setting forth the status of discovery and any discovery issues ripe for the Court's attention.

Dated:      New York, New York
             November 24, 2025        SO ORDERED.

                                                          **SARAH L. CAVE**
                                                          **United States Magistrate Judge**