UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZUMEDIA INC., <br><br>          Plaintiff, <br><br>   -v- <br><br><br> IMDB.COM, INC., <br><br>          Defendant. | CIVIL ACTION NO. 23 Civ. 8472 (VSB) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Given the extended discovery schedule approved by the Court, (Dkt. No. 90), and the in-person case management conference scheduled for March 31, 2026, at 10:00 a.m. ET, (Dkt. No. 91), the previously scheduled telephone conference for February 5, 2026 at 11:00 a.m. ET to discuss the status of discovery, (Dkt. No. 88), is **CANCELLED**.

Further, the Court previously directed the parties to file a joint letter setting forth the status of discovery and any issues ripe for the Court's attention by February 2, 2026. (Dkt. No. 88). Given that the parties have already updated the Court on the status of discovery in their joint letter at Dkt. No. 89, the Court clarifies that the parties are not required to file another status letter on February 2, 2026.

Dated:     New York, New York
           January 30, 2026         SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                      **United States Magistrate Judge**