UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA INC.,

                        Plaintiff,

        -v-                                            CIVIL ACTION NO. 23 Civ. 8472 (VSB) (SLC)

                                                                    **ORDER**

IMDB.COM, INC.,

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a conflict in the Court's calendar, the in-person case management conference previously scheduled for March 31, 2026, at 10:00 a.m. ET to discuss the status of discovery, (Dkt. No. 91), is **RESCHEDULED** to **March 26, 2026 at 3:15 p.m. ET** (the "Conference") and will take place in-person in Courtroom 18A, 500 Pearl Street, New York NY 10007.  Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse for use at the Conference must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order on or before **March 19, 2026**.  The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Dated:        New York, New York
              February 18, 2026              SO ORDERED.

                                             _____
                                             SARAH L. CAVE
                                             **United States Magistrate Judge**