UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA INC.,

Plaintiff,

-v-

IMDB.COM, INC.,

Defendant.

CIVIL ACTION NO. 23 Civ. 8472 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on September 9, 2026 (the "Conference"), (see Dkt. No. 97), at which counsel for Plaintiff and Counter Defendant zuMedia Inc. ("zuMedia") and counsel for Defendant and Counter Plaintiff IMDb.COM, Inc. ("IMDb") appeared. Following the Conference, the Court **ORDERS** the following:

1. Should the parties wish to order a copy of the Conference transcript, they may do so by using the annexed form.
2. The current discovery schedule is set forth in the Court's Order at Dkt. No. 97. The Court grants a final, limited extension of the September 25, 2026 fact discovery deadline to **October 1, 2026**, to allow the remaining fact depositions discussed during the Conference to take place.[1] As discussed at the Conference, zuMedia's Chief

[1] As discussed at the Conference, zuMedia has noticed the deposition of Ms. Glassman, an employee at IMDb and whom IMDb has identified as "a potential Rule 30(b)(6) representative." (Dkt. No. 97). IMDb confirmed at the Conference that Ms. Glassman is still on leave without a certain date of return. Should Ms. Glassman return from leave after fact discovery closes, zuMedia may request to take her deposition at that time. The Court, however, will not hold fact discovery in abeyance pending Ms. Glassman's return.

Executive Officer, Phyllis Jager, is **ORDERED** to sit for a deposition, on the timing and scope of which the parties shall meet and confer.

3. The October 2, 2026 deadline for the parties to file a joint letter certifying the completion of fact discovery is also **EXTENDED** to **October 8, 2026**. All other deadlines set forth in the Court's Order at Dkt. No. 97 shall remain in place.

Dated: New York, New York
September 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ___________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**

(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET PRINT SAVE EMAIL