ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
2525 East Camelback Road
Suite 500
Phoenix, AZ 85016

T. +1.602.351.8000
F. +1.602.648.7000
ashurstperkinscoie.com

October 8, 2026

John H. Gray
john.gray@ashurstperkins.com
D. +1.602.351.8092
F. +1.602.648.7054

**VIA ECF**

The Honorable Sarah L. Cave
Daniel Patrick Moynihan United States
Courthouse, Courtroom 18A
500 Pearl St.
New York, NY 1007-1312

**Re: *zuMedia Inc. v. IMDb.com, Inc.*, No. 1:23-cv-08472-VSB-SLC**
**Joint Letter Regarding Completion of Fact Discovery**

Dear Judge Cave:

Pursuant to your Honor's September 9, 2026 Order (ECF 106), Defendant and Counterclaim-Plaintiff IMDb.com, Inc. ("IMDb") and Plaintiff and Counterclaim-Defendant zuMedia Inc. ("zuMedia") jointly submit this letter certifying that fact discovery has been completed, except as follows. On October 2, 2026, zuMedia filed a letter motion identifying certain alleged fact discovery issues without first conferring with IMDb. *See* ECF 109. IMDb responded on the same day. *See* ECF 111. The Court denied zuMedia's request and directed the parties to meet-and-confer and, if necessary, to file a joint statement apprising the Court of any discovery disputes. ECF 112.

Sincerely,

/s/ *John H. Gray*

John H. Gray

JHG:jpd

cc: nlippert@tarterkrinsky.com

The Court is in receipt of the parties' letter at Dkt. No. 113. By **October 16, 2026**, the parties shall file a joint letter identifying any remaining discovery disputes. (See Dkt. No. 112). The Court clarifies, however, that the fact discovery deadline is not extended. As a reminder, the Court granted a final, limited extension of the fact discovery deadline to **October 1, 2026** to allow for the remaining fact depositions to take place as discussed during the September 9, 2026 telephone conference. (Dkt. No. 106).

SO ORDERED. October 9, 2026

[signature]
SARAH L. CAVE
United States Magistrate Judge

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.