UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZUMEDIA INC.,

Plaintiff,

-v-

IMDB.COM, INC.,

Defendant.

CIVIL ACTION NO. 23 Civ. 8472 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 17, 2026, the parties emailed Chambers advising they are continuing to explore whether settlement is possible. In the meantime, the parties are reminded that the deadline to complete expert discovery is **today, November 17, 2026**. (Dkt. No. 110). By **November 24, 2026**, the parties shall file a joint letter certifying the completion of expert discovery and updating the Court on the status of their settlement negotiations.

Dated: New York, New York
November 17, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**