ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
2525 East Camelback Road
Suite 500
Phoenix, AZ 85016

T. +1.602.351.8000
F. +1.602.648.7000
ashurstperkinscoie.com

November 25, 2026

John H. Gray
john.gray@ashurstperkins.com
D. +1.602.351.8092
F. +1.602.648.7054

**VIA ECF**

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *zuMedia Inc. v. IMDb.com, Inc.*, No. 1:23-cv-08472-VSB-SLC**
**Unopposed Letter Motion for Leave for Documents to Be Filed Under Seal**

Dear Judge Broderick:

We represent Defendant and Counterclaim-Plaintiff IMDb.com, Inc. ("IMDb") in the above-captioned case. We respectfully ask the Court, pursuant to Your Honor's Individual Rules of Practice 5.B.iii., that the following designation portions of the deposition transcript of Richard Childs (Exhibit 11 to the Declaration of Chandler E. Sturm, Dkt. No. 127), which are designated as Confidential under the Protective Order (Dkt. No. 57), be filed under seal and to keep the redacted copy on the case docket (Dkt. No. 122-11):

23:21–25:14
27:16–28:24
31:5–16

Plaintiff and Counterclaim-Defendant zuMedia Inc. does not oppose this relief.

Courts may exercise "discretion in determining whether good cause exists to overcome the presumption of open access to documents filed." *Geller v. Branic Int'l Realty Corp.*, 212 F.3d 734, 738 (2d Cir. 2000). Good cause exists to redact the designated portions from the public record because the testimony discusses: (a) nonpublic financial information, including revenues, explanations for changes in revenues, and IMDb's costs associated with its business; and (b) identification of specific customers of IMDb's business and business arrangements with those customers. Public disclosure of this testimony is likely to result in competitive harm to IMDb, especially if known to IMDb's competitors, customers, or business partners. Further, the proposed redactions are narrowly tailored to protect IMDb's legitimate confidentiality interests, and IMDb has already removed confidentiality designations from other portions of Mr. Childs's deposition transcript at zuMedia's request.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.

IMDb therefore respectfully requests that the designated portions of Mr. Childs's deposition transcript remain under seal.

Sincerely,

*/s/ John H. Gray*
John H. Gray

JHG:jpd